# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT /SOUTHERN DISTRICT OF NEW YORK
_____ No. 05 CV 7340

**ELEKTRA ENTERTAINMENT GROUP INC., ET AL,**
      *Plaintiffs,*

  -against-

**DENISE BARKER,**
      *Defendant.*

_____

State Of New York, County of New York SS:
JOLANTYNA CAGNEY
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on the **5TH** day of **OCTOBER 2005**, At: **9:30 PM**

At: **125 WEST 228TH STREET, APT. 2K, BRONX, NEW YORK 10463**

Deponent served the Annexed: **NOTICE TO DEFENDANT, SUMMONS, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF THE DISTRICT JUDGE, INDIVIDUAL PRACTICES OF THE MAGISTRATE JUDGE, ELECTRONIC CASE FILING INSTRUCTIONS, PROCEDURES AND GUIDELINES**

Upon: **DENISE BARKER**

### PERSONAL SERVICE ON AN INDIVIDUAL
An individual, by delivering thereat a true copy to **DENISE BARKER** personally; deponent asked the person spoken to if she was the named defendant, and she replied in the affirmative. Upon this information and belief, deponent knew that the person spoken to was the named defendant **DENISE BARKER.**

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: **FEMALE** Color: **BLACK** Hair: **BLACK** App. Age: **39** App. Ht: **5'6"** App. Wt. **150**
Other identifying features:

Sworn to before me this
6TH day of **OCTOBER, 2005**

JOLANTYNA CAGNEY 1169105

COST OF SVC $65.00

PATRICIA M. FALCONE
Notary Public State of New York
No. 01FA-4950056
Qualified in Kings County
Term Expires April 24, 2007

AO 440 (Rev. 10/93) Summons in a Civil Action – SDNY WEB 4/99

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

### SUMMONS IN A CIVIL CASE

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

V.

DENISE BARKER

CASE NUMBER:

05 CV 7340

JUDGE KARAS

TO:

DENISE BARKER
1875 Amsterdam Avenue, 2nd Flr.
New York, NY 10031

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

  J. Christopher Jensen (JJ-1864)
  Maryann E. Penney (MP-0741)
  COWAN, LIEBOWITZ & LATMAN, P.C.
  1133 Avenue of the Americas
  New York, New York 10036-6799
  Phone: (212) 790-9200
  Fax: (212) 575-0671

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE: AUG 19 2005

25369/000/715533.1