KARAS, S.

@002

10/24/05  10:27 FAX 212 575 0671    COWAN, LIEBOWITZ & LATMAN

OCT-21-2005  17:22    212 5570565    212 5570565    P.02

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
ELEKTRA ENTERTAINMENT GROUP INC. et al.,

     Plaintiffs,

  -against-

DENISE BARKER,

     Defendant.
------------------------------------------------x

No. 05 CV 7340 (KMK)

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that defendant's time to answer the complaint or otherwise move is extended from October 25, 2005 to and through November 8, 2005. This is defendant's first request for such an extension. This stipulation may be executed in counterparts by fax.

Dated: New York, New York
   October 24, 2005

COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for plaintiffs

By: _____
  Maryann E. Penney (MP 0741)
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

BELDOCK LEVINE & HOFFMAN LLP
Attorneys for defendant

By: _____
  Daniel A. Singer (DS 0978)
99 Park Avenue, 16th Floor
New York, NY 10016
(212) 490-0400

SO ORDERED:

_____
Hon. Kenneth M. Karas
United States District Court Judge

NOV. 1, 2005

TOTAL P.02