MEMO ENDORSED

# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE
### NEW YORK, N.Y. 10016-1503

ELLIOT L. HOFFMAN
MYRON BELDOCK
BRUCE E. TRAUNER
PETER S. MATORIN
ROBERT L. HERBST*
CYNTHIA ROLLINGS
KATHERINE G. THOMPSON
RAY BECKERMAN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
JONATHAN K. POLLACK

TEL: (212) 490-0400
FAX: (212) 557-0565
WEBSITE: blhny.com

LAWRENCE S. LEVINE (1934-2004)

SPECIAL COUNSEL
MARJORY D. FIELDS

COUNSEL
MELVIN L. WULF

* ALSO ADMITTED IN PENNSYLVANIA

REF:

November 2, 2005

WRITER'S DIRECT DIAL:
(212) 277-5853
Email address:
dsinger@blhny.com

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11/10/05]

BY MESSENGER

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007-1312

Re: Elektra Entertainment Group Inc. et al v. Barker
SDNY No. 05 CV 7340 (KMK)
BLH File No. 700000.18402

Dear Judge Karas:

We represent defendant Tenise Barker (incorrectly sued herein as "Denise" Barker) in the above-referenced case brought by the record industry. On October 31, 2005, we sent a letter by messenger pursuant to Your Honor's Individual Motion Practices requesting a pre-motion conference regarding a motion to dismiss that we expect to file (copy enclosed).

We respectfully request that our time to serve and file said motion is extended until either Your Honor holds a pre-motion conference or until Your Honor issues a pre-motion conference scheduling order.

Respectfully yours,

/s/ Daniel Singer
Daniel A. Singer

enclosure

cc: Maryann E. Penney (by messenger)

SO ORDERED:

*[Handwritten endorsement:]* Defendant Barker's time to answer or otherwise respond to the Complaint is extended until December 14, 2005, the date of the pre-motion conference. The conference will be held at 3:00 pm on December 14, 2005.

_____
KENNETH M. KARAS U.S.D.J.