UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elektra Entertainment Group Inc.
*a Delaware corporation*, et al

                         **Plaintiff,**

-v-

Denise Barker,

                         **Defendant.**

ELECTRONICALLY FILED

11/30/05

Case No.05-cv-07340(KMK)

ORDER SETTING
PRE- MOTION CONFERENCE

KENNETH M. KARAS, District Judge:

       The Court hereby ORDERS that the parties appear for a pre motion conference in this case. The conference shall be held on December 14, 2005 at 3:00pm in the United States Courthouse for the Southern District of New York, Courtroom 21D- 500 Pearl Street, New York, New York. National Counsel for plaintiff will be permitted to appear by telephone. They are directed to call chambers at 212-805-0274.

       Counsel are reminded that this is an ECF case. All counsel must file their notice of appearances immediately.

SO ORDERED.

Dated:      November 30, 2005
               New York, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE

                Counsel for plaintiff shall notify all parties.