UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

ELEKTRA ENTERTAINMENT GROUP INC., a
Delaware corporation et al.,

                Plaintiffs,

      -against-

DENISE BARKER,

                Defendant.
----------------------------------------------------------- X

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/05

Case No. 05CV7340 (KMK)(THK)

~~PROPOSED~~ ORDER

This matter having come before the Court on the motion of Maryann E. Penney, a member in good standing of the bar of the Court, for leave to permit Matthew C. Miller, Esq. to appear in this action *pro hac vice*, as counsel for Plaintiffs, and the Court being sufficiently advised that Matthew C. Miller, Esq. is licensed and admitted to practice law before the State of Kansas and the State of Missouri, it hereby GRANTS said motion; and

IT IS HEREBY ORDERED that Matthew C. Miller, Esq. is granted leave to appear in this action *pro hac vice*, as counsel for Plaintiffs.

_____
UNITED STATES DISTRICT JUDGE

Date: December 16, 2005

25369/276/724545.1