JAN-17-2006  14:25        212 5570565                                               212 5570565    P.03

KARAS, S.

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│                             │
│                    1/19/06  │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
ELEKTRA ENTERTAINMENT GROUP INC., a Delaware :
corporation et al.,
                                                         :
                    Plaintiffs,                          :   Case No. 05CV7340 (KMK)(THK)
                                                         :
        -against-                                        :   **STIPULATION AND ORDER
                                                         :   EXTENDING MOTION
DENISE BARKER,                                           :   DEADLINES**
                                                         :
                    Defendant.                           :
---------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties that the deadline for Plaintiffs to submit papers in opposition to Defendant's Motion to Dismiss the Complaint in this action be extended from January 17, 2006 to January 24, 2006, and that Defendant's deadline to submit reply papers be extended from January 31, 2006 to February 7, 2006. There have been no previous requests for an extension of these deadlines.

Dated: New York, New York          COWAN, LIEBOWITZ & LATMAN, P.C.
       January 17, 2006            Attorneys for Plaintiff

                                   By: _____
                                       J. Christopher Jensen (JJ 1864)
                                       Maryann Penney (MP-0741)
                                   1133 Avenue of the Americas
                                   New York, New York 10036-6799
                                   (212) 790-9200

Dated: New York, New York          BELDOCK LEVINE & HOFFMAN LLP
       January 17, 2006            Attorneys for Defendant

                                   By: _____
                                       Morlan Ty Rogers, Esq. (MR 3818)
                                   99 Park Avenue, 16th Floor
                                   New York, NY 10016
                                   (212) 490-0400

SO ORDERED:

_____
United States District Judge
1/18/06

25369/276/733287.1

TOTAL P.03