## CERTIFICATE OF SERVICE

    I, J. Christopher Jensen, being a member of the Bar of this Court, certify that on January 24, 2006, I caused a true copy of the foregoing *Notice of Voluntary Dismissal,* to be served on defendant's counsel by First Class Mail addressed to Defendant's counsel at:

> Ray Beckerman, Esq.
> BELDOCK LEVINE & HOFFMAN LLP
> 99 Park Avenue, 16th Floor
> New York, NY 10016

Dated: New York, New York
       January 24, 2006

*[signature]*
J. Christopher Jensen (JJ-1864)