KARAS, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/06

------------------------------------------------------------x
ELEKTRA ENTERTAINMENT GROUP INC., a Delaware
corporation; UMG RECORDINGS, INC., a Delaware
corporation; VIRGIN RECORDS AMERICA, INC., a
California corporation; and SONY BMG MUSIC
ENTERTAINMENT, a Delaware general partnership,

                    Plaintiffs,

   -against-

DENISE BARKER,

                    Defendant.
------------------------------------------------------------x

Case No. 05CV7340 (KMK)(THK)

**Notice of Voluntary Dismissal**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff SONY BMG MUSIC ENTERTAINMENT, hereby voluntarily dismisses its claims, without prejudice, against defendant Denise Barker, each party to bear its own costs and attorneys' fees.

Dated: New York, New York
       January 24, 2006

By: _____
J. Christopher Jensen (JJ 1864)
Jason D. Sanders (JS 2219)
Maryann Penney (MP-0741)

COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Plaintiffs
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

SO ORDERED:
_____
United States District Judge
1/24/06

25369/276/734285.1