UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ELEKTRA ENTERTAINMENT GROUP INC. et al.,                No. 05 CV 7340 (KMK)

                Plaintiffs,

    -against-

DENISE BARKER,                                          **AFFIDAVIT**
                                      **OF SERVICE**
                Defendants.

----------------------------------------------------------------x

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

        NIKIYA SCOTT, being duly sworn, deposes and says:

        1.      I am not a party to the within action; am over 18 years of age and am employed by Beldock Levine & Hoffman LLP, 99 Park Avenue, 16th Floor, New York, New York 10016.

        2.      On January 3, 2006, I served the within MEMORANDUM OF LAW OF DEFENDANT TENISE BARKER IN SUPPORT OF HER MOTION TO DISMISS THE COMPLAINT upon plaintiffs by dispatching a copy of same by FedEx overnight delivery service to the attorneys for said parties at their last known address: Cowan Liebowitz & Latman, P.C., 1133 Avenue of the Americas, New York, New York 10036-6799, by depositing same, enclosed in a properly addressed wrapper into the custody of FedEx Corporation for overnight delivery, prior to the latest time designated by said overnight delivery service for overnight delivery.

                                                                                       _____
                                                                                        NIKIYA SCOTT

Sworn to before me this
3rd day of January, 2006

_____
      Notary Public

                   **MORLAN TY ROGERS**
           **Notary Public, State of New York**
                  NO. 02RO6116188
              Qualified in Queens County
      Commission Expires September 20, 2008