**BELDOCK LEVINE & HOFFMAN LLP**
99 PARK AVENUE
NEW YORK, N.Y. 10016-1503

MEMO ENDORSED

ELLIOT L. HOFFMAN
MYRON BELDOCK
BRUCE E. TRAUNER
PETER S. MATORIN
ROBERT L. HERBST*
CYNTHIA ROLLINGS
KATHERINE G. THOMPSON
RAY BECKERMAN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
JONATHAN K. POLLACK

TEL: (212) 490-0400
FAX: (212) 557-0565
WEBSITE: blhny.com

LAWRENCE S. LEVINE (1934-2004)

SPECIAL COUNSEL
MARJORY D. FIELDS

COUNSEL
MELVIN L. WULF

* ALSO ADMITTED IN PENNSYLVANIA

REF:

January 31, 2006

WRITER'S DIRECT DIAL:
(212) 277-5845
Email address:
mtrogers@blhny.com

BY FEDEX

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/06

Re:   Elektra Entertainment Group Inc. et al v. Barker
       SDNY No. 05 CV 7340 (KMK)
       BLH File No. 700000.18402

Dear Judge Karas:

   We represent Tenise Barker (incorrectly sued herein as "Denise Barker"), who has brought a motion to dismiss the complaint in the above-referenced action. Our initial memorandum of law in connection with the motion was only 7 pages. Plaintiffs, on the other hand, have served an opposing memorandum of 25 pages. Because of this, we are finding it difficult to limit our reply memorandum to 10 pages. We therefore request permission to serve a reply memorandum of up to 15 pages. (The aggregate length of our initial and reply memoranda would thus still be less than the length of plaintiffs' opposing memorandum). If our request is granted, we would, of course, make every effort to avoid reaching that page limit. Since our reply papers are due next Tuesday, we respectfully request that the Court notify us whether this request is granted at its earliest convenience.

Respectfully submitted,

Morlan Ty Rogers (MR 3818)

*Defendant is given 15 pages for her reply to Plaintiffs' response to Defendant's motion to dismiss.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
2/3/06

cc: Maryann E. Penney, Esq.
     (By FedEx)