UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ELEKTRA ENTERTAINMENT GROUP INC., a
Delaware corporation; UMG RECORDINGS, INC., a
Delaware corporation; VIRGIN RECORDS
AMERICA, INC., a California corporation; and
SONY BMG MUSIC ENTERTAINMENT, a
Delaware general partnership,

                Plaintiffs,

   -against-

DENISE BARKER,

                Defendant.

------------------------------------------------------------------ x

Case No. 05CV7340 (KMK)(THK)

**NOTICE OF APPEARANCE**

**Filed Electronically**

    PLEASE TAKE NOTICE that the undersigned appears as co-counsel for plaintiffs herein.

Dated: New York, New York
       February 8, 2006

                              HOLME ROBERTS & OWEN LLP

                              By:  s/ Richard L. Gabriel
                              Richard L. Gabriel (RG-5065)
                              1700 Lincoln, Suite 4100
                              Denver, Colorado 80203-4541
                              (303) 866 -0331

                              *Co-counsel for Plaintiffs*

25369/276/736364.1