WINSTON & STRAWN LLP
Jonathan N. Halpern (JH-4787)
200 Park Avenue
New York, New York 10166-4193
Telephone: 212-294-6700
*Attorneys for Amici Curiae*
*Computer & Communications Industry Association and*
*US Internet Industry Association.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., *et al.*,<br><br>                              Plaintiffs,<br><br>        v.<br><br>DENISE BARKER,<br><br>                              Defendant. | 05 CV 7340 (KMK)<br><br><br><br>**NOTICE OF MOTION TO**<br>**ADMIT ANDREW P. BRIDGES**<br>**AS COUNSEL *PRO HAC VICE*** |

-------------------------------------------------------------- x

PLEASE TAKE NOTICE that, upon the annexed affirmation of Jonathan N. Halpern in support of this motion, the declaration of Andrew P. Bridges, and the certificates of good standing annexed thereto, Winston & Strawn LLP, on behalf of *amici curiae* Computer & Communications Industry Association and US Internet Industry Association, hereby moves this Court before the Honorable Kenneth M. Karas, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 920, for an Order annexed hereto, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York, granting the admission *pro hac vice* of Andrew P. Bridges, thereby permitting him to argue the position of the *amici curiae* in the above-captioned

matter, in whole or in part, on behalf of *amici curiae* Computer & Communications Industry Association and US Internet Industry Association.

                                Respectfully submitted,

                                WINSTON & STRAWN LLP

By:    _____
      Jonathan N. Halpern (JH-4787)
      200 Park Avenue
      New York, NY 10166
      (212) 294-2636
      *Attorneys for Amici Curiae*
      *Computer & Communications Industry Association and*
      *US Internet Industry Association*

Dated: New York, New York
       February 24, 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ELEKTRA ENTERTAINMENT GROUP INC., )
*et al.*, )
)
)   05 CV 7340 (KMK)
             Plaintiffs, )
)   **AFFIRMATION OF**
v. )   **JONATHAN N. HALPERN IN**
)   **SUPPORT OF ADMISSION OF**
DENISE BARKER, )   **ANDREW P. BRIDGES**
)   **AS COUNSEL *PRO HAC VICE***
             Defendant. )
)
)
------------------------------------------------------------ x

      I, JONATHAN N. HALPERN, hereby affirm under penalty of perjury the truth of the following:

      1.    I am an attorney at law, duly admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York.

      2.    I respectfully submit this Affirmation in support of the motion made on behalf of *amici curiae* Computer & Communications Industry Association and US Internet Industry Association, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, for an Order permitting Andrew P. Bridges to argue the position of *amici curiae* in whole or in part.

      3.    I am familiar with the relevant facts and circumstances herein.

      4.    I am a Partner with the firm of Winston & Strawn LLP, which is counsel to *amici curiae* Computer & Communications Industry Association and US Internet Industry Association in the above-captioned matter.

5. Andrew P. Bridges is a Partner with the firm of Winston & Strawn LLP, with offices at 101 California Street, 39th Floor, San Francisco, California 94111.

6. Based on my review of the certificates issued by the State Bar of California and the Supreme Court of Georgia, dated February 17, 2006, and February 15, 2006, respectively (collectively, the "Certificates of Good Standing"), and on information and belief, I understand that Andrew P. Bridges is an attorney duly admitted to practice in, and a member in good standing of, the Bars of the States of California and Georgia. The Declaration of Mr. Bridges and the Certificates of Good Standing issued by State Bar of California and the Supreme Court of Georgia are annexed hereto.

7. Based on my review of the Certificates of Good Standing, and on information and belief, I understand that there are no pending disciplinary proceedings against Mr. Bridges in any State or Federal Court.

8. Accordingly, I respectfully request that this Court permit Andrew P. Bridges to appear *pro hac vice* on behalf of *amici curiae* Computer & Communications Industry Association and US Internet Industry Association in connection with the above-captioned matter.

Dated: New York, New York
       February 24, 2006

_____
Jonathan N. Halpern (JH-4787)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             )
ELEKTRA ENTERTAINMENT GROUP INC.,                            )   Civ. Action No. 05 CV 7340 (KMK)
et al.,                                                      )
                                                             )
                                                             )
                            Plaintiffs,                      )       DECLARATION
                                                             )   OF ANDREW P. BRIDGES IN
              v.                                             )   SUPPORT OF MOTION FOR
                                                             )   ADMISSION PRO HAC VICE
DENISE BARKER,                                               )
                                                             )
                                                             )
                            Defendant.                       )
                                                             )
------------------------------------------------------------ x
```

I, Andrew P. Bridges, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Partner with the law firm of Winston & Strawn LLP.

2. My office is located at 101 California Street, San Francisco, California 94111.

3. I have associated with Jonathan N. Halpern, who is admitted in good standing with this Court and a Partner with the law firm of Winston & Strawn LLP, located at 200 Park Avenue, New York, New York 10166, to ensure compliance with all federal and local rules, practices and customs applicable in this Court.

4. I submit this Declaration in support of Winston & Strawn LLP's motion for my admission to practice *pro hac vice* in this Court in the above-captioned matter.

5. I am a member in good standing of the Bars of the States of California and Georgia. I am also admitted to, and a member in good standing of, the United States District Court for the Northern District of California, where I have my office, as well as numerous other district courts and U.S. courts of appeals. Annexed hereto are my Certificates of Good Standing from the State Bar of California and the Supreme Court of Georgia.

6. There are no pending disciplinary proceedings or criminal charges against me in any State or Federal Court.

7. I have read and will faithfully adhere to the federal and local rules, practices, and customs of this Court, including the New York State Lawyer's Code of Professional Responsibility and the Rules of Professional Conduct of the American Bar Association.

8. Wherefore, and pursuant to Rule 1.3 (c) of the Local Civil Rules of the United States District Court for the Southern District of New York, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this case on behalf of *amici curiae* Computer & Communications Industry Association and U.S. Internet Industry Association.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   San Francisco, California
         February 23, 2006

*[signature]*
_____
Andrew P. Bridges

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

February 17, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANDREW PHILLIP BRIDGES, #122761 was admitted to the practice of law in this state by the Supreme Court of California on June 10, 1986; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Elyse Cotant
Special Advisor, Member Services Center



LEAH WARD SEARS, CHIEF JUSTICE
CAROL W. HUNSTEIN, PRESIDING JUSTICE
ROBERT BENHAM
GEORGE H. CARLEY
HUGH P. THOMPSON
P. HARRIS HINES
HAROLD D. MELTON
JUSTICES

Supreme Court
State of Georgia

STATE JUDICIAL BUILDING
Atlanta 30334

SHERIE M. WELCH, CLERK
JEAN RUSKELL, REPORTER

February 15, 2006

    I hereby certify that Andrew Phillip Bridges, Esq., was admitted on the 26th day of June, 1984, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

    Witness my signature and the seal of this Court hereto affixed the day and year first above written.

Nathaniel J. Middleton
Deputy Clerk, Supreme Court of Georgia

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have arranged for a true copy of the foregoing Notice Of Motion To Admit Andrew P. Bridges as Counsel *Pro Hac Vice*, Affirmation Of Jonathan N. Halpern In Support Of Admission Of Andrew P. Bridges As Counsel *Pro Hac Vice*, Declaration Of Andrew P. Bridges In Support Of Motion For Admission *Pro Hac Vice* and Certificates Of Good Standing to be served by hand on the following individuals at the addresses set forth below:

| | |
|---|---|
| J. Christopher Jensen, Esq. | Ray Beckerman, Esq. |
| Maryann Penney, Esq. | Morlan Ty Rogers, Esq. |
| Cowan, Liebowitz & Latman, P.C. | Beldock Levine & Hoffman LLP |
| 1133 Avenue of the Americas | 99 Park Avenue, 16th Floor |
| New York, New York 10036-6799 | New York, New York 10016 |

_____
Jonathan N. Halpern

Dated: New York, New York
       February 24, 2006

NY:1013554.1