UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

```
                                            SDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
                                            DOC #: _____
                                            DATE FILED: 3/10/06
```

ELEKTRA ENTERTAINMENT GROUP INC., )
*et al.,*                          )          05 CV 7340 (KMK)
                     Plaintiffs,   )
                                   )
          v.                       )          **ORDER**
                                   )
DENISE BARKER,                     )
                                   )
                     Defendant.    )
                                   )
------------------------------------------------------------- x

This motion having been submitted to the Court by Winston & Strawn LLP, counsel for *amici curiae* Computer & Communications Industry Association and US Internet Industry Association (collectively the "*amici*"), seeking the entry of an Order admitting *pro hac vice* Andrew P. Bridges of the law firm of Winston & Strawn LLP, 101 California Street, San Francisco, California 94111, as an attorney to practice before this Court in the above-captioned case; and the Court having considered the motion and accompanying supporting affirmation, declaration and certificates of good standing submitted on behalf of *amici*, and pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York; it is hereby

**ORDERED** that Andrew P. Bridges be admitted *pro hac vice* to the practice of this Court and be permitted to appear as counsel and advocate *pro hac vice* in this case on behalf of *amici curiae* Computer & Communications Industry Association and US Internet Industry Association's Brief; and it is further

**ORDERED** that a copy of this Order shall be filed with the Clerk of the Court

with the appropriate filing fee.

Honorable Kenneth M. Karas
United States District Judge

Dated:        New York, New York
              February  10  , 2006
              MARCH

2