UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ELEKTRA ENTERTAINMENT GROUP INC. et al.,    No. 05 CV 7340 (KMK)

        Plaintiffs,

-against-

DENISE BARKER,    **STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT'S ATTORNEYS**

        Defendant.

------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED that the firm of Vandenberg & Feliu, LLP, 110 East 42nd Street, Suite 1502, New York, NY 10017 (212) 763-6800, is substituted in place of the firm of Beldock Levine & Hoffman LLP, as counsel for defendant Tenise Barker (incorrectly sued herein as "Denise" Barker).

Dated: New York, New York
      April 7, 2006

_[signature]_
Tenise Barker, defendant

BELDOCK LEVINE & HOFFMAN LLP
Withdrawing Attorneys for defendant

By: _[signature]_
Morlan Ty Rogers (MR 3818)
99 Park Avenue, 16th Floor
New York, NY 10016
(212) 490-0400

SO ORDERED:

_[signature]_
Hon. Kenneth M. Karas
United States District Court Judge
4/17/06

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/06