## CERTIFICATE OF SERVICE

I, Rebecca C. Martin, an Assistant United States Attorney for the Southern District of New York, hereby certify that on April 21, 2006, I directed that a copy of the foregoing Statement of Interest of the United States of America in Opposition to Defendant's Motion to Dismiss the Complaint be delivered by first class mail upon the parties and <u>amici</u> at the following addresses:

J. Christopher Jensen, Esq.
Maryann E. Penney, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, New yOrk 10036-6799

Richard Lance Gabriel, Esq.
Holme Roberts & Owen LLP
1700 Lincoln, Suite 4100
Denver, CO 80203

Morlan Ty Rogers, Esq.
Vandenberg & Feliu LLP
110 East 42nd Street
Suite 1502
New York, NY 10017

Andrew P. Bridges, Esq.
Winston & Strawn LLP
101 California Street
39th Floor
San Francisco, CA 94111

Wendy Seltzer, Esq.
250 Joralemon Street
Brooklyn, NY 11201

Jonathan Zavin, Esq.
Loeb & Loeb
345 Park Avenue
New York, New York 10154

Eric J. Schwartz, Esq.
Smith & Metalitz LLP
1747 Pennsylvania Ave, NW, Suite 825
Washington DC 20006

Dated:   New York, New York
         April 21, 2006

                                        REBECCA C. MARTIN
                                        Assistant United States Attorney
                                        Tel.: (212) 637-2714