

April 24, 2006

**MEMO ENDORSED**

**Via Overnight Mail**

Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/06
```

RE:   *Elektra v. Barker*, No. 05 CV 7340 (KMK)

Judge Karas:

On behalf of the Electronic Frontier Foundation (EFF), I write to seek leave to file a memorandum of law of no more than 5 pages in response to the Statement of Interest of the United States filed in the above-referenced case on April 21, 2006.

On February 23, 2006, pursuant to letter order of this Court, EFF filed an *amicus curiae* brief in the above-referenced action addressing the proper scope of the limited "distribution right" granted to copyright owners by 17 U.S.C. § 106(3). In its Statement of Interest filed last week, the United States focused its arguments on the issues raised by the EFF *amicus* brief and made arguments that had not previously been raised by any of the parties or *amicus curiae*. EFF respectfully requests an opportunity to respond to these new arguments.

Respectfully submitted,

Fred von Lohmann
Senior Intellectual Property Attorney
(415) 436-9333 x123

Denied,

SO ORDERED

KENNETH M. KARAS U.S.D.J.

cc:   J. Christopher Jensen, Esq. (*by fax*)
Ray Beckerman, Esq. (*by fax*)
Andrew P. Bridges, Esq. (*by fax*)
Eric J. Schwartz, Esq. (*by fax*)
Rebecca C. Martin, Esq. (*by fax*)

454 Shotwell Street · San Francisco, CA 94110 USA
+1 415 436 9333    +1 415 436 9993    www.eff.org    information@eff.org