# Vandenberg & Feliu, LLP

*Attorneys at Law*
110 East 42nd Street
New York, New York 10017
Telephone: 212-763-6800
Author's direct dial: 212-763-6838
Fax: 212-763-6810/6814

**MEMO ENDORSED**

Morlan Ty Rogers
E-mail: mtrogers@vanfeliu.com

April 24, 2006

**BY HAND DELIVERY**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/06

Re:   Elektra Entertainment Group Inc. et al v. Barker
      SDNY No. 05 CV 7340 (KMK)

Dear Judge Karas:

We represent defendant Tenise Barker in the above-reference case. We respectfully request permission to submit a memorandum of law of up to five pages responding to the "Statement of Interest of the United States of America in Opposition to Defendant's Motion to Dismiss the Complaint" that was filed on April 21, 2006.

Respectfully submitted,

Morlan Ty Rogers

cc: Rebecca C. Martin, Esq. (by fax)
    J. Christopher Jensen, Esq. (by fax)
    Andrew Bridges, Esq. (by fax)
    Fred von Lohmann, Esq. (by fax)

Defendant is given 5 pages to respond to Statement of Interest of the United States, to be filed by May 15, 2006.

SO ORDERED

KENNETH M. KARAS U.S.D.J.