UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ELEKTRA ENTERTAINMENT GROUP INC. et al.,            No. 05 CV 7340 (KMK)

                Plaintiffs,

    -against-

DENISE BARKER,                                      **AFFIDAVIT
                                                    OF SERVICE**

                Defendants.

------------------------------------------------------------------x

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

        BETTY ZEBALLOS, being duly sworn, deposes and says:

        1.    I am not a party to the within action; am over 18 years of age and am employed by Vandenberg & Feliu, LLP, 110 East 42nd Street, Suite 1502, New York, New York 10017.

        2.    On May 4, 2006, I served the within MEMORANDUM OF LAW OF DEFENDANT TENISE BARKER IN RESPONSE TO STATEMENT OF INTEREST OF UNITED STATES OF AMERICA upon the following attorneys:

Cowan Liebowitz & Latman, P.C.
Attn: J. Christopher Jensen, Esq.
1133 Avenue of the Americas
New York, NY 10036-6799

Winston & Strawn LLP
Attn: Andrew P. Bridges
101 California Street, 39th Floor
San Francisco, CA 94111

Fred von Lohmann, Esq.
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110

Rebecca C. Martin, Esq.
Office of the United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

Jonathan Zavin, Esq.
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154-189

Eric J. Schwartz, Esq.
Int'l Intellectual Property Alliance
1747 Pennsylvania Ave NW
Washington, DC 20006

by depositing on said date true copies thereof, enclosed in separate properly addressed post-paid wrappers into an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

                                                         _____
                                                         BETTY ZEBALLOS

Sworn to before me this
4th day of May, 2006

_____
Notary Public

MORLAN TY ROGERS
Notary Public, State of New York
NO. 02RO6116188
Qualified in Queens County
Commission Expires September 20, 20_08_