UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/06
```

**Elektra Entertainment Group Inc.**
*a Delaware corporation*, et al

              **Plaintiff,**

-v-

**Denise Barker,**

              **Defendant.**

Case No.05-cv-07340(KMK)

ORDER SETTING
PRE- MOTION CONFERENCE

KENNETH M. KARAS, District Judge:

The Court hereby ORDERS that the oral argument on the outstanding motions in this case shall be held at 2:15pm on January 26, 2007 in the United States Courthouse for the Southern District of New York, Courtroom 21D, 500 Pearl Street, New York, New York.

SO ORDERED.

_____
Kenneth M. Karas
United States District Judge

Dated: November 28, 2006
       New York, New York