```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELEKTRA ENTERTAINMENT GROUP INC., a
Delaware corporation; UMG RECORDINGS,
INC., a Delaware corporation; VIRGIN
RECORDS AMERICA, INC., a California
corporation; and SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership,

        Plaintiffs,

-against-

DENISE BARKER,

        Defendant.

Civil Action No.: 05CV7340 (KMK)(THK)

**NOTICE OF SUBSTITUTION OF COUNSEL**

---

    IT IS HEREBY AGREED that ROBINSON & COLE, LLP, of 885 Third Avenue, Suite 2800, New York, New York, is hereby substituted as counsel of record for Plaintiffs in the above-action in place of COWAN, LIEBOWITZ & LATMAN, P.C., of 1133 Avenue of the Americas, New York, New York 10036. Attached hereto is a declaration in support of order of substitution of counsel pursuant to Local Rule 1.4.

Dated: New York, New York
      November 30, 2006

ROBINSON & COLE, LLP

By: _____
    Brian E. Moran (BM-8573)
    Richard J. Guida (RG-5147)
    885 Third Avenue, Suite 2800
    New York, New York 10022
    Phone: (212) 451-2900
    Fax: (212) 451-2999

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
    J. Christopher Jensen (JJ-1864)
    Jason D. Sanders (JS-2219)
    Maryann E. Penney (MP-0741)
    1133 Avenue of the Americas
    New York, New York 10036-6799
    Phone: (212) 790-9200
    Fax: (212) 575-0671

So Ordered:

_____
U.S.D.J.
12/1/06

25369/276/763727.1