UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ELEKTRA ENTERTAINMENT GROUP INC. et al.,                No. 05 CV 7340 (KMK)

                              Plaintiffs,

      -against-

DENISE BARKER,                                          NOTICE OF APPEARANCE

                              Defendant.
-----------------------------------------------------------------x

        PLEASE TAKE NOTICE that the undersigned hereby appears in the within action on behalf of defendant Tenise Barker (incorrectly sued herein as "Denise Barker").

Dated: New York, New York
       February 16, 2007

                                    VANDENBERG & FELIU, LLP
                                    Attorneys for defendant Tenise Barker
                                    (incorrectly sued herein as "Denise Barker")

                                    By:  s/Ray Beckerman
                                        Ray Beckerman (RB 8783)
                                    110 East 42nd Street, Suite 1502
                                    New York, NY 10017
                                    (212) 763-6800
                                    Email: rbeckerman@vanfeliu.com

To:    Robinson & Cole LLP
        Attorneys for plaintiffs
        885 Third Avenue, Suite 2800
        New York, NY 10022
        (212) 451-2900