USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ELEKTRA ENTERTAINMENT GROUP INC., a Delaware :
corporation; UMG RECORDINGS, INC., a Delaware
corporation; and VIRGIN RECORDS AMERICA, INC., a :
California corporation,                              : Case No. 05CV7340(RJS)(THK)

                Plaintiffs,                       :

     -against-                                      :

DENISE BARKER,                                       :

                Defendant.                        :
-------------------------------------------------------------x

Plaintiffs and defendant, through their undersigned counsel, stipulate and agree that defendant's time to answer the Complaint is hereby extended to 20 days after receipt of either (a) an amended complaint or (b) written notice that plaintiffs do not intend to file an amended complaint.

Dated: April 3, 2008.

| HOLME ROBERTS & OWEN LLP | VANDENBERG & FELIU, LLP |
|---|---|
| By: /s/ Richard L. Gabriel | By: /s/ |
| Richard L. Gabriel (RG-5065) | Ray Beckerman (RB-8783) |
| 1700 Lincoln Street, Suite 4100 | 110 East 42nd Street, Suite 1502 |
| Denver, Colorado 80203 | New York, NY 10017 |
| Telephone: 303-861-7000 | Telephone: 212-763-6800 |
| Facsimile: 303-866-0200 | Facsimile: 212-763-6810 |
| | |
| ROBINSON & COLE LLP | Attorneys for Defendant |
| Victor B. Kao (VK-6967) | |
| 28th Floor, 885 Third Avenue | |
| New York, NY 10022 | |
| Telephone: 212-451-2900 | |
| Facsimile: 212-451-2999 | |
| | |
| Attorneys for Plaintiffs | |

The Stipulation is hereby endorsed by the Court. Nevertheless the parties are to appear for a status conference on April 18, 2008 at 12:15pm.

SO ORDERED
Dated: 4/1/08

RICHARD J. SULLIVAN
U.S.D.J.