UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 4/23/08

---

ELEKTRA ENTERTAINMENT GROUP, INC.
*et al.*,

                         Plaintiffs,

   -v-

DENISE BARKER,

                         Defendant.

No. 05 Civ. 7340 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

    At the conference held on April 18, 2008, the Court adopted the following schedule:

    The parties shall submit a status letter to the Court on or before May 20, 2008. The status letter shall advise the Court of any and all case developments, including the results of any settlement discussions between the parties and any progress made on a stipulation of undisputed facts.

    The defendant's time in which to answer the complaint is hereby extended to June 9, 2008.

SO ORDERED.

Dated:    April 18, 2008
            New York, New York

                                              RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE