

**Holme Roberts & Owen LLP**
*Attorneys at Law*

DENVER

BOULDER

COLORADO SPRINGS

LONDON

LOS ANGELES

MUNICH

PHOENIX

SALT LAKE CITY

SAN FRANCISCO

May 20, 2008

SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

**BY HAND**

Honorable Richard J. Sullivan
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 615
New York, New York 10007

   Re: Elektra Entertainment Group, et al. v. Barker
      Case No. 05CV7340 (RJS)
      Joint Status Report

Dear Judge Sullivan:

  Pursuant to your April 23, 2008 Order, this joint status report is submitted on behalf of plaintiffs and defendant. Plaintiffs have filed an amended complaint. The parties are in the midst of discussions regarding a possible stipulation of uncontested facts that will obviate the need for pretrial discovery. We have further work to do in this connection, but we feel that we are making progress. Therefore, we respectfully request that the matter be set down for a further status report on June 20, 2008 and that defendant's time to answer the amended complaint be extended to July 9, 2008.

           Respectfully submitted,

           */s/ Richard L. Gabriel*
**SO ORDERED**
**Dated:** 5/21/08
RICHARD J. SULLIVAN
U.S.D.J.

           s/Richard L. Gabriel
           s/Timothy J. Reynolds
           Attorneys for Plaintiffs

RLG:ah
cc: Ray Beckerman, Esq. (by e-mail and U.S. Mail)
   Victor Kao, Esq. (by e-mail)
   Laurie J. Rust, Esq. (by e-mail)

Richard L. Gabriel  303.866.0331  richard.gabriel@hro.com
1700 Lincoln Street, Suite 4100  Denver, Colorado 80203-4541  tel 303.861.7000  fax 303.866.0200
#1324728 v1