UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

ELEKTRA ENTERTAINMENT GROUP INC., a Delaware :
corporation; UMG RECORDINGS, INC., a Delaware
corporation; and VIRGIN RECORDS AMERICA, INC., a :
California corporation,                             : Case No. 05CV7340(RJS)(THK)

                        Plaintiffs,               :

                     -against-               :

DENISE BARKER,                                :

                     Defendant.            :

---------------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL AS CO-COUNSEL DUE TO JUDICIAL APPOINTMENT**

       Undersigned counsel hereby respectfully withdraws his appearance as co-counsel for

plaintiffs Elektra Entertainment Group Inc., UMG Recordings, Inc., and Virgin Records

America, Inc. ("plaintiffs").  Undersigned counsel has been appointed as a Judge of the Colorado

Court of Appeals, effective July 1, 2008, and hereby submits his notice of immediate withdrawal.

Co-counsel for plaintiffs will remain as counsel of record.

Dated:  May 30, 2008.

HOLME ROBERTS & OWEN LLP

By: s/Richard L. Gabriel
Richard L. Gabriel (RG-5065)
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
Telephone: 303-861-7000
Facsimile: 303-866-0200

ROBINSON & COLE LLP
Victor B. Kao (VK-6967)
28th Floor, 885 Third Avenue
New York, NY 10022
Telephone:  212-451-2900
Facsimile:  212-451-2999

Attorneys for Plaintiffs

2