UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ELEKTRA ENTERTAINMENT GROUP INC., a
Delaware corporation; UMG RECORDINGS, INC., a :
Delaware corporation; and VIRGIN RECORDS
AMERICA, INC., a California corporation,          :   Case No. 05-CV-7340 (RJS)(THK)

                Plaintiffs,    :   **MOTION TO ADMIT COUNSEL**
                                                                           **PRO HAC VICE**

                -against-          :

DENISE BARKER,                                     :

                Defendant.    :

------------------------------------------------------------ x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brian E Moran a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

      Applicant's Name:    Timothy M. Reynolds, Esq.
      Firm Name:            Holme Roberts & Owen LLP
      Address:               1801 13th Street, Suite 300
      City/State/Zip:       Boulder, Colorado 80302
      Phone Number:       (303) 444-5955
      Fax Number:          (303) 417-8550

Timothy M. Reynolds is a member in good standing of the Bar of the States of Colorado and Wyoming.

There are no pending disciplinary proceedings against Timothy M. Reynolds in any State or Federal court.

STAM1-860376-1

Dated:  June 2, 2008
       New York, New York

                                Respectfully submitted:

                                ROBINSON & COLE LLP

                By:   _____
                           Brian E. Moran (BM-8573)
                           28th Floor, 885 Third Avenue
                           New York, NY 10022
                           Telephone:  212-451-2900
                           Facsimile:  212-451-2999

                           Attorneys for Plaintiffs

#1335363 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ELEKTRA ENTERTAINMENT GROUP INC., a
Delaware corporation; UMG RECORDINGS, INC., a
Delaware corporation; and VIRGIN RECORDS
AMERICA, INC., a California corporation,

: Case No. 05CV7340(RJS)(THK)

               Plaintiffs,

**AFFIDAVIT OF BRIAN E.
MORAN, ESQ. IN SUPPORT OF
MOTION TO ADMIT COUNSEL
PRO HAC VICE**

    -against-

DENISE BARKER,

               Defendant.

------------------------------------------------------------ x

STATE OF NEW YORK    )
                            ) ss:
COUNTY OF NEW YORK  )

    Brian E. Moran, being duly sworn, hereby deposes and says as follows:

    1. I am a Partner with Robinson & Cole LLP, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Timothy M. Reynolds as counsel *pro hac vice* to represent Plaintiffs in this matter.

    2. I am a member of good standing of the Bars of the States of Connecticut, Virginia and the District of Columbia, and was first admitted to practice law in May of 1978. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3. I have known Timothy M. Reynolds since 2006.

    4. Mr. Reynolds is a partner at Holme Roberts & Owen LLP in Denver, Colorado.

    5. I have found Mr. Reynolds to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Procedure.

    6. Accordingly, I am pleased to move the admission of Timothy M. Reynolds, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Timothy M. Reynolds, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Timothy M. Reynolds, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.Dated:

_____
Brian E. Moran (BM-8573)

Sworn to and subscribed before
me this 2nd day of June, 2008.

_____
Notary Public

My commission expires: _____

Brenda Fishman
Notary Public, State of New York
No. 01FI*
Qualified in *
My Commission    05-30-2010

2

#1335363 v2

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF WYOMING

---

I, Judy Pacheco, Clerk of the Supreme Court of the State of Wyoming, hereby certify that, according to the records of my office:

TIMOTHY MICHAEL REYNOLDS

was on the 13th day of April, 2000, duly admitted to practice as an Attorney and Counsellor at Law in all the courts of Wyoming; that the above admittee has never been disbarred or suspended; that no disciplinary proceedings are pending against this admittee; and that this admittee's name now appears on the Roll of Attorneys in this office as a member of the bar in good standing.

        Given under my hand and the seal of said Court this 27th day of May, 2008.

        *Judy Pacheco*
        Clerk



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**TIMOTHY MICHAEL REYNOLDS**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **25th** day of **October** A. D. **1999** and that at the date hereof the said **TIMOTHY MICHAEL REYNOLDS** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **27th** day of **May** A. D. **2008**

*Susan J. Festag*
Clerk

By *Sharon H. Kanzler*
Deputy Clerk



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ELEKTRA ENTERTAINMENT GROUP INC., a :
Delaware corporation; UMG RECORDINGS, INC., :
a Delaware corporation; VIRGIN RECORDS :
AMERICA, INC., a California corporation; and :
SONY BMG MUSIC ENTERTAINMENT, a : Civil Action No.: 05CV7340 (RJS)
Delaware general partnership,
: **CERTIFICATE OF SERVICE**
        Plaintiffs,
:
    -against-
:
DENISE BARKER,
:
        Defendant.
---------------------------------------------------------------x

I hereby certify that a copy of the foregoing **MOTION TO ADMIT COUNSEL PRO HAC VICE** has been served upon the following non-CM/ECF participants by United States mail, properly addressed and postage prepaid, on this 2nd day of May, 2008:

        Ray Beckerman, Esq.
        Vandenberg & Feliu LLP
        Attorneys for Defendant
        110 E. 42 St., Suite 1502
        New York, New York 10017

Dated: New York, New York
       June 5, 2008                  ROBINSON & COLE LLP
                                        Attorneys for Plaintiffs

                                        By: _____
                                            Brian E. Moran (BM-8573)
                                            Victor B. Kao (VK-6967)
                                            885 Third Avenue, Suite 2800
                                            New York, NY 10022-4834
                                            Telephone: (212) 451-2900
                                            Facsimile: (212) 451-2999

NEWY1-636695-2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
ELEKTRA ENTERTAINMENT GROUP INC., a
Delaware corporation; UMG RECORDINGS, INC., a         :
Delaware corporation; and VIRGIN RECORDS
AMERICA, INC., a California corporation,              :   Case No. 05CV7340(RJS)(THK)

                              Plaintiffs,             :   **ORDER FOR ADMISSION PRO
                                                          HAC VICE ON WRITTEN
            -against-                                 :           MOTION**

DENISE BARKER,                                        :

                              Defendant.              :
------------------------------------------------------------- x


   Upon the motion of Brian E. Moran, attorney for Elektra Entertainment Group Inc.,

UMG Recordings, Inc., and Virgin Records America, Inc. and said sponsor attorney's affidavit

in support;

   **IT IS HEREBY ORDERED** that

|   |   |
|---|---|
| Applicant's Name: | Timothy M. Reynolds, Esq. |
| Firm Name: | Holme Roberts & Owen LLP |
| Address: | 1801 13th Street, Suite 300 |
| City/State/Zip: | Boulder, Colorado 80302 |
| Phone Number: | (303) 444-5955 |
| Fax Number: | (303) 417-8550 |

is admitted to practice pro hac vice as counsel for Elektra Entertainment Group Inc., UMG

Recordings, Inc., and Virgin Records America, Inc. in the above-captioned case in the United

States District Court for the Southern District of New York. All attorneys appearing before this

Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

#1335363 v3

immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court

Dated: _____, 2008
       New York, New York

 

_____
United States District/Magistrate Judge

#1335363 v3