Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ELEKTRA ENTERTAINMENT GROUP INC., a Delaware :
corporation; UMG RECORDINGS, INC., a Delaware
corporation; and VIRGIN RECORDS AMERICA, INC., a    :
California corporation,                              : Case No. 05CV7340(RJS)(THK)

                         Plaintiffs,            :

              -against-                           :

DENISE BARKER,                                       :

                    Defendant.             :
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL AS CO-COUNSEL DUE TO JUDICIAL APPOINTMENT**

Undersigned counsel hereby respectfully withdraws his appearance as co-counsel for plaintiffs Elektra Entertainment Group Inc., UMG Recordings, Inc., and Virgin Records America, Inc. ("plaintiffs"). Undersigned counsel has been appointed as a Judge of the Colorado Court of Appeals, effective July 1, 2008, and hereby submits his notice of immediate withdrawal. Co-counsel for plaintiffs will remain as counsel of record.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

#1335642 v1

Dated: May 30, 2008.

        HOLME ROBERTS & OWEN LLP

        By: s/Richard L. Gabriel
        Richard L. Gabriel (RG-5065)
        1700 Lincoln Street, Suite 4100
        Denver, Colorado 80203
        Telephone: 303-861-7000
        Facsimile: 303-866-0200

        ROBINSON & COLE LLP
        Victor B. Kao (VK-6967)
        28th Floor, 885 Third Avenue
        New York, NY 10022
        Telephone: 212-451-2900
        Facsimile: 212-451-2999

        Attorneys for Plaintiffs

[signature] 6/7/08

#1335642 v1