USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ELEKTRA ENTERTAINMENT GROUP INC., a
Delaware corporation; UMG RECORDINGS, INC., a
Delaware corporation; and VIRGIN RECORDS
AMERICA, INC., a California corporation,

      Plaintiffs,

   -against-

DENISE BARKER,

      Defendant.

------------------------------------------------------------ x

Case No. 05CV7340(RJS)(THK)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Brian E. Moran, attorney for Elektra Entertainment Group Inc., UMG Recordings, Inc., and Virgin Records America, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Timothy M. Reynolds, Esq. |
| Firm Name: | Holme Roberts & Owen LLP |
| Address: | 1801 13th Street, Suite 300 |
| City/State/Zip: | Boulder, Colorado 80302 |
| Phone Number: | (303) 444-5955 |
| Fax Number: | (303) 417-8550 |

is admitted to practice pro hac vice as counsel for Elektra Entertainment Group Inc., UMG Recordings, Inc., and Virgin Records America, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

#1335363 v3

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court

Dated: June 10, 2008
New York, New York

_____
United States District/Magistrate Judge

#1335363 v3