UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., et al | No. 05 CV 7340 (RJS) |
| Plaintiffs, | |
| -against- | **NOTICE OF CHANGE OF ADDRESS OF** |
| DENISE BARKER, | **DEFENDANT'S ATTORNEY** |
| Defendant. | |

-------------------------------------------------------------x

**TO THE CLERK OF THE COURT AND TO ALL COUNSEL:**

    **PLEASE TAKE NOTICE** that the address of the attorney for defendant Tenise Barker sued herein as "Denise Barker" has changed to the following:

    Ray Beckerman
    Ray Beckerman, P.C.
    108-18 Queens Boulevard (4th Floor)
    Forest Hills, NY 11375
    Email: ray@beckermanlegal.com
    Phone (718) 544-3434 Fax (718) 559-6584

Dated: New York, New York
       June 17, 2008

    **VANDENBERG & FELIU, LLP**
    Withdrawing Attorneys for defendant
                /s/
    By:_____
        Ray Beckerman (RB8783)
    110 East 42 Street
    New York, NY 10017
    (212) 763-6800