UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
ELEKTRA ENTERTAINMENT GROUP INC., a
Delaware corporation; UMG RECORDINGS, INC., a   :
Delaware corporation; and VIRGIN RECORDS
AMERICA, INC., a California corporation,   :   Case No. 05CV7340(RJS)(THK)

        Plaintiffs,   :   **NOTICE OF APPEARANCE**

    -against-   :

DENISE BARKER,   :

        Defendant.   :

------------------------------------------------------------------- x

## APPEARANCE

TO THE CLERK OF THIS COURT AND PARTIES OF RECORD:

    Enter my appearance as counsel in this case for Plaintiffs.

    I certify that I am admitted to practice in this court.

Dated: June 20, 2008

                                        s/ Victor B. Kao
                               Victor B. Kao (VK-6967)
                               ROBINSON & COLE LLP
                               885 Third Avenue - Suite 2800
                               New York, NY 10022 -4834
                               Tel. No.: (212) 451-2900
                               Fax No.: (212) 451-2999
                               E-mail:  vkao@rc.com
                               *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2008 a copy of foregoing **Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                          s/ Victor B. Kao
                                            Victor B. Kao (VK-6967)

#1335363 v3