**ROBINSON & COLE LLP**

VICTOR B. KAO

885 Third Avenue
Suite 2800
New York, NY 10022
Main (212) 451-2900
Fax (212) 451-2999
vkao@rc.com
Direct (212) 451-2912

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08

<u>Via Hand Delivery</u>

June 20, 2008

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Elektra Entertainment Group., et al. v. Barker
      <u>Case No. 05CV7340-RJS</u>

Dear Judge Sullivan:

Pursuant to your Honor's April 23, 2008 Order, and endorsement of Plaintiffs' letter of May 20, 2008, this joint status report and request for extension of time is submitted on behalf of Plaintiffs and Defendant. The parties have been engaged in discussions regarding a possible stipulation of uncontested facts that will obviate the need for pretrial discovery. The parties continue to make progress but have further work to do. Therefore, we respectfully request that the matter be set down for a further status report on July 9, 2008, and that defendant's time to answer the amended complaint be extended to July 29, 2008.

Respectfully submitted,

/s/ Victor B. Kao

Victor B. Kao

cc:   Ray Beckerman, Esq. (by e-mail)
      Morlan Ty Rogers, Esq. (by e-mail)
      Timothy M. Reynolds, Esq. (by e-mail)

*Handwritten endorsement:* Request granted. The parties shall submit an updated joint status letter by July 9, 2008. In the event that the parties are unable to agree on a stipulation of uncontested facts that will obviate the need for pre-trial discovery, the parties shall submit a proposed joint case management plan and discovery schedule by July 29, 2008.

SO ORDERED
Date: 6/23/08
RICHARD J. SULLIVAN
U.S.D.J.

Law Offices
BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA

www.rc.com