# ROBINSON & COLE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

VICTOR B. KAO

885 Third Avenue
Suite 2800
New York, NY 10022
Main (212) 451-2900
Fax (212) 451-2999
vkao@rc.com
Direct (212) 451-2912

**MEMO ENDORSED**

**Via Hand Delivery**

July 9, 2008

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Elektra Entertainment Group., et al. v. Barker*
      Case No. 05CV7340-RJS

Dear Judge Sullivan:

Pursuant to Your Honor's April 23, 2008 and June 20, 2008 Orders, this joint status report is submitted on behalf of Plaintiffs and Defendant. The parties attempted to work out a stipulation of uncontested facts that would obviate the need for pretrial discovery, but were not able to do so. The Defendant's answer will be filed on or before July 29, 2008.

The parties jointly request an extension of time to file a proposed joint case management plan and discovery schedule from July 29, 2008 to August 18, 2008.

Respectfully submitted,

Victor B. Kao

Copy to:   Ray Beckerman, Esq. (via e-mail)
           Timothy Reynolds, Esq. (via e-mail)

*Handwritten endorsement:* In the absence of an explanation as to why a three-week extension is warranted, the parties' request for an extension of time to file the proposed joint case management plan and discovery order is denied.

SO ORDERED.
Date: 7/10/08
RICHARD J. SULLIVAN
U.S.D.J.

*Law Offices*
BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA

www.rc.com