UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., et al, | Civil action file no. 05-CV-7340-RJS |
| Plaintiffs, | |
| -against- | |
| DENISE BARKER, | **NOTICE OF CONSTITUTIONAL QUESTION** |
| Defendant. | |

-------------------------------------------------------x

**PLEASE TAKE NOTICE** pursuant to Fed. R. Civ. P. 5.1(a)(1)(A), Local Rule 24.1(a), and 28 USC 2403(a), that the Second Affirmative Defense in the Defendant's Answer filed on July 28, 2008, questions the constitutionality of 17 U.S.C. § 504 as follows:

> Only insofar as plaintiffs seek to apply said statute to (a) compel the allowance of statutory damages of 2,142 times the actual damages sustained, and (b) authorize the allowance of up to 428,571 times the actual damages sustained, as against a single noncommercial user of file sharing software for a single upload or download of an MP3 file for personal use only.

Dated: New York, New York
July 28, 2008

**RAY BECKERMAN, P.C.**

By: /s/Ray Beckerman
Ray Beckerman (RB 8783)
Attorneys for Defendant
108-18 Queens Boulevard (4th Floor)
Forest Hills, NY 11375
(718) 544-3434

To: United States Department of Justice
United States Attorney, Southern District of New York
Civil Clerk
86 Chambers Street
New York, NY 10007

Holme Roberts & Owen LLP Esqs.
1700 Lincoln Suite 4100
Denver, CO 80203
(303) 866-0331
  -and-
Robinson & Cole LLP Esqs.
885 Third Avenue, Suite 2800
New York, NY 10022-4834
(212) 451-2900
Attorneys for Plaintiffs