UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ELEKTRA ENTERTAINMENT
GROUP INC., et al,                                Civil action file no. 05-CV-7340-RJS

        Plaintiffs,

  -against-

DENISE BARKER,

        Defendant.                          **CERTIFICATE OF SERVICE**

-------------------------------------------------------x

      The undersigned declares under penalty of perjury that on July 28, 2008, at approximately 2:45 P.M., at 106-28 Queens Boulevard, Forest Hills, NY 11375, the undersigned served the Notice of Constitutional Question dated July 28, 2008, upon the United States Attorney General by mailing a copy by certified mail to the following address:

United States Department of Justice
United States Attorney, Southern District of New York
Civil Clerk
86 Chambers Street
New York, NY 10007

Dated: Forest Hills, New York
      July 28, 2008

                                  /s/Ray Beckerman
                                RAY BECKERMAN