UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ELEKTRA ENTERTAINMENT GROUP INC., a   :
Delaware corporation; UMG RECORDINGS, INC.,
a Delaware corporation; VIRGIN RECORDS   :
AMERICA, INC., a California corporation; and
SONY BMG MUSIC ENTERTAINMENT,   :
a Delaware general partnership,
                             :
    Plaintiffs,        05 Civ. 7340 (KMK)
                             :
  - v. -
                             :
DENISE BARKER,
                             :
    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add the undersigned as a Lead Attorney for defendant United States Department of State to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         August 4, 2008

                                          Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          United States Attorney for the
                                          Southern District of New York

                             By:   /s/ Rebecca C. Martin
                                       REBECCA C. MARTIN
                                       Assistant United States Attorney
                                       86 Chambers Street, 3rd Floor
                                       New York, New York 10007
                                       Telephone: (212) 637-2714
                                       Facsimile: (212) 637-2686
                                       Email: rebecca.martin@usdoj.gov

TO:    Brian Eugene Moran
       Robinson & Cole LLP - NYC
       885 Third Avenue, Ste. 2800
       New York, NY 10022
       (212) 451-2900
       Fax: (212) 451-2999
       Email: bmoran@rc.com

       Victor Burce Kao
       Timothy Michael Reynolds
       Holme Roberts & Owen LLP
       1801 13th Street
       Suite 300
       Boulder, CO 80302
       (303) 444-5955
       Fax: (303) 417-8550
       Email: timothy.reynolds@hro.com

       Ray Beckerman
       Ray Beckerman, P.C.
       108-18 Queens Boulevard
       4th Floor
       Forest Hills, NY 11375
       (718)-544-3434
       Fax: (718)-559-6584
       Email: ray@beckermanlegal.com

       Morlan Ty Rogers
       Vandenberg & Feliu, LLP
       110 East 42nd Street
       New York, NY 10017
       (212) 763-6838
       Fax: (212) 763-6810
       Email: mtrogers@vanfeliu.com