CERTIFICATE OF SERVICE

      I, Rebecca C. Martin, an Assistant United States Attorney for the Southern District of New York, hereby certify that on August 4, 2008, I directed that a copy of the foregoing Notice of Appearance be delivered by first class mail upon the parties at the following addresses:

Brian Eugene Moran
Robinson & Cole LLP - NYC
885 Third Avenue, Ste. 2800
New York, NY 10022
(212) 451-2900
Fax: (212) 451-2999
Email: bmoran@rc.com

Victor Burce Kao
Timothy Michael Reynolds
Holme Roberts & Owen LLP
1801 13th Street
Suite 300
Boulder, CO 80302
(303) 444-5955
Fax: (303) 417-8550
Email: timothy.reynolds@hro.com

Ray Beckerman
Ray Beckerman, P.C.
108-18 Queens Boulevard
4th Floor
Forest Hills, NY 11375
(718)-544-3434
Fax: (718)-559-6584
Email: ray@beckermanlegal.com

Morlan Ty Rogers
Vandenberg & Feliu, LLP
110 East 42nd Street
New York, NY 10017
(212) 763-6838
Fax: (212) 763-6810
Email: mtrogers@vanfeliu.com

Dated:   New York, New York
         August 4, 2008

    /s/ Rebecca C. Martin
REBECCA C. MARTIN
Assistant United States Attorney
Tel.: (212) 637-2714